**Writ of Mandamus Denied, Opinion issued January 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00041-CV

## IN RE TST IMPRESO, INC, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-00890**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Before the Court is relator's January 10, 2013 petition for writ of mandamus. In its petition, relator contends the trial court abused its discretion by refusing to partially lift its May 8, 2011 protective order. In particular, relator maintains that by refusing to partially lift the protective order so relator could comply with the federal court's November 8, 2012 order to compel, the trial court violated the principles of comity and subjected relator to contempt in federal court. The facts and issues are well known to the parties, so we need not recount them herein. Considering the record before the trial court when it signed its August 31, 2012 order, we cannot conclude the trial court abused its discretion. *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus.

MOLLY FRANCIS
JUSTICE

130041F.P05